# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) ) ) ) ) ) ) ) | **23-872 L**<br><br>Sub-Master Docket No. 17-9002L |
| THIS DOCUMENT RELATES TO:<br><br>ALL DOWNSTREAM CASES | | |

## PLAINTIFF'S SHORT-FORM COMPLAINT

By submitting this document, Plaintiff(s) adopts (adopt) and incorporates (incorporate) by reference the Consolidated and Amended Downstream Master Complaint (ECF No. 23) filed in the above-styled Sub-Master Docket on January 16, 2018, and all subsequent amendments to that Complaint. The Plaintiff's Short-Form Complaint is deemed Plaintiff's Original Complaint if it is plaintiff's original pleading and must be filed as a new complaint through the Court's CM/ECF system.

1. Name of Plaintiff(s):  **Brian Williard and Rachel Gower**

2. Location by address of Plaintiff(s) property subject to Plaintiff(s) allegations of a Fifth Amendment taking without just compensation as a result of Addicks/Barker reservoir releases:  **311 Longwoods Lane, Houston, Texas 77024**

    a. Tax number for identified property:  **0806220000015**

    b. Real property interest possessed by Plaintiff(s) alleged to have been taken:

    Ownership (i.e., fee simple) __**X**__   Leasehold _____   Other _____

    c. Manner of alleged taking of the property interest(s) listed in paragraph 2(b) above:

    Temporary _____   Permanent _____   Both __**X**__

3. Type of property alleged to have been taken:

    Real Property _____   Personal Property _____   Both __**X**__

4.  Pro Se Plaintiff or Plaintiff(s) Counsel(s) signature block.

>Respectfully Submitted,
>
>POTTS LAW FIRM, LLP
>
>***/s/ Derek H. Potts***
>Derek H. Potts
>Texas Bar No. 24073727
>3737 Buffalo Speedway, Suite 1900
>Houston, Texas 77098
>713-963-8881 Telephone
>713-583-5388 Facsimile
>dpotts@potts-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of the foregoing document was forwarded to all known users in this case through the Court's E-file system on this the 12th day of June, 2023.

>***/s/ Derek H. Potts***
>Derek H. Potts